Dismissed by unpublished PER CURIAM opinion.
Unpublished opinions are not binding precedent in this circuit.
PER CURIAM:
In these consolidated appeals, Robert Gene Bailey appeals the district court’s orders accepting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the records and find that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. Bailey v. Gaddy, No. 5:09-cv-00060-F, 2009 WL 1346157 (E.D.N.C. May. 12, 2009); Bailey v. Butler, No. 5:09-cv-00153-F, 2009 WL 1705607 (E.D.N.C. June 11, 2009); Bailey v. Simpson, No. 5:09-cv-00084-F, 2009 WL 1675951 (E.D.N.C. June 11, 2009); Bailey v. Marsh, No. 5:09-cv-00180-F, 2009 WL 1705610 (E.D.N.C. June 11, 2009); Bailey v. Lowery, No. 5:09-cv-00194-F (E.D.N.C. June 11, 2009); and Bailey v. Blue, No. 5:09-cv-00195-F, 2009 WL 1675933 (E.D.N.C. June 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED.